```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NETZAHI CRUZ et al.,                                        :
                                                            :
                              Plaintiffs,                   :
                                                            :       19-CV-7994 (VSB)
               -against-                                    :
                                                            :              ORDER
WEST NEW MALAYSIA RESTAURANT                                :
INC. et al.,                                                :
                                                            :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on August 27, 2019, (Doc. 1), and filed affidavits of service on September 11, 2019 and September 25, 2019, (Docs. 10, 12, 13). The deadline for Defendants to respond to Plaintiffs' complaint was October 21, 2019. (*See* Doc. 15.) To date, Defendants have not responded to the complaint. Plaintiffs, however, has taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 1, 2020. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 2, 2019
              New York, New York

                                            Vernon S. Broderick
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2019