```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__7/14/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NETZAHI CRUZ, individually and on behalf      :
of others similarly situated,                           :      19-cv-7994 (VSB) (RWL)
                                                                    :
                                    Plaintiffs,           :      **ORDER**
                                                                    :
                    - against -                             :
                                                                    :
WEST NEW MALAYSIA RESTAURANT,       :
INC., et al.,                                                  :
                                                                    :
                                    Defendants.          :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        For the reasons stated during the conference held on July 14, 2020:  (1) Defendant

shall respond to / produce all responsive documents to Plaintiff's pending discovery

requests by **August 4, 2020**; and (2) all fact discovery shall be completed by **November

20, 2020**.  Any subsequent deadlines shall be commensurately extended.


                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2020
            New York, New York