```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
NETZAHI CRUZ,                                          :
:
                 Plaintiff,  :
:        19-cv-7994 (VSB)
    -against-                                       :
:           **ORDER**
WEST NEW MALAYSIA RESTAURANT                           :
INC., et al.,                                          :
:
               Defendants. :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' revised Case Management Plan and Scheduling Order ("CMP") for the above-captioned case, which Magistrate Judge Lehrburger signed on November 19, 2020. (Doc. 42.) The revised CMP states that all discovery will be concluded by March 12, 2021. (*Id.*) Accordingly, it is hereby:

      ORDERED that the post-discovery conference in this case scheduled for December 17, 2020 is canceled. I will issue an order scheduling a new conference at some point closer to the end of the discovery period.

SO ORDERED.

Dated:  November 22, 2020
          New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge