```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NETZAHI CRUZ,

                            Plaintiff,

        -against-

WEST NEW MALAYSIA RESTAURANT
INC., et al.,

                         Defendants.
-------------------------------------------------------- X

19-cv-7994 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In light of the representations made at the March 18. 2021 conference held in the above-captioned case, (Doc. 44), it is hereby:

      ORDERED that the parties are directed to meet and confer and submit a joint letter on or before March 25, 2021.  This joint letter should indicate proposed dates for the parties to complete any outstanding paper discovery and depositions.  To the extent the parties intend to pursue depositions, these deposition dates should be noticed by the time the parties file their joint letter.

      SO ORDERED.

Dated: March 19, 2021
      New York, New York

                                             Vernon S. Broderick
                                             United States District Judge