UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NETZAHI CRUZ, individually and on
behalf of others similarly situated,

               *Plaintiff,*

-against-

WEST NEW MALAYSIA RESTAURANT
INC (D/B/A WEST NEW MALAYSIA),
ANDY K. CHONG, and TATALI DOE,

               *Defendants.*
----------------------------------------------------------X

Case 1:19-cv-07994-VSB

**JUDGMENT**

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff NETZAHI CRUZ, have judgment against Defendants WEST NEW MALAYSIA RESTAURANT INC (D/B/A WEST NEW MALAYSIA), ANDY K. CHONG, and TATALI DOE, (collectively "Defendants"), jointly and severally, in the amount of $140,000.00, (One Hundred Forty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

    Dated: _____, 20__    SO ORDERED,

                                                                 _____