UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NETZAHI CRUZ, individually and on
behalf of others similarly situated,

         *Plaintiff,*

-against-

WEST NEW MALAYSIA RESTAURANT
INC (D/B/A WEST NEW MALAYSIA),
ANDY K. CHONG, and TATALI DOE,

         *Defendants.*
-----------------------------------------------------------X

Case 1:19-cv-07994-VSB

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

On June 25, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff NETZAHI CRUZ, have judgment against Defendants WEST NEW MALAYSIA RESTAURANT INC (D/B/A WEST NEW MALAYSIA), ANDY K. CHONG, and TATALI DOE, (collectively "Defendants"), jointly and severally, in the amount of $140,000.00, (One Hundred Forty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: June 28, 2021    SO ORDERED,

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge